DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                              **STIPULATION AND ORDER**

    STEPHEN BALDWIN
    and KENNYA BALDWIN
    aka KENNYA DEODATO BALDWIN
    aka KENNYA RHODE SANTOS
    DEALMEIDA DEODATO BALDWIN,
                                                    Case No. 09-23296-RDD
                                                    (Chapter 11)
                Debtors.
_____

WHEREAS, the debtors, Stephen Baldwin and Kennya Baldwin aka Kennya Deodato Baldwin aka Kennya Rhode Santos Dealmeida Deodato Baldwin, filed a Chapter 11 bankruptcy proceeding on July 21, 2009.

WHEREAS, Volvo Car Finance North America is a secured creditor herein and the holder of a duly perfected purchase money security interest in one (1) 2004 Volvo XC70 (V.I.N. YV1SZ59H741135491) (hereinafter "collateral") owned by, and upon information and belief, in the possession and control of the debtors, above-named.

WHEREAS, on or about November 12, 2009, Volvo Car Finance North America filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362 based upon the grounds that the debtors were in default in payment obligations to Volvo Car Finance North America.

WHEREAS, a hearing was scheduled for January 13, 2010 at 10:00 a.m. before the Honorable Robert D. Drain in White Plains, New York.

WHEREAS, the parties have agreed to enter into a Stipulation.

NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1. That the debtors shall make payment in the amount of $2,215.82 (representing cure of default together with contractual monthly payments that will come due in February, 2010 and March, 2010, and attorneys' fees and filing fee in the amount of $350.00) to Volvo Car Finance North America on or before March 15, 2010 and shall otherwise comply with all of the terms and provisions of the Retail Installment Contract.

2. That upon any future default by the debtors under the terms and provisions of the Retail Installment Contract and failure to cure such default upon fifteen (15) days' written notice to debtors and debtors' counsel or in the event the debtors fail to make the aforementioned payments timely then an Order granting relief from the automatic stay may be entered by the Court upon the filing of a Certificate of Non-Compliance.

DATED: Albany, New York
         February 3, 2010         Yours, etc.

         /s/ Martin A. Mooney
         Martin A. Mooney, Esq.
         DEILY, MOONEY & GLASTETTER, LLP
         Attorneys for Volvo Car Finance North America
         Office and P.O. Address:
         8 Thurlow Terrace
         Albany, NY  12203
         Tel:  (518) 436-0344

DATED: February 2, 2010                /s/ Bruce Weiner
                                       Bruce Weiner, Esq.
                                       Rosenberg, Musso & Weiner, LLP
                                       Attorney for Debtors
                                       Office and P.O. Address:
                                       26 Court Street, Suite 2211
                                       Brooklyn, New York 11242
                                       Tel.: (718) 855-6840


**SO ORDERED**:
DATED:      February 4, 2010
            White Plains, New York    /s/Robert D. Drain
                                      Hon. Robert D. Drain
                                      U.S. Bankruptcy Judge
                                      Southern District of New York

09.05509