# The Law Offices of Jordan S. Katz, P.C.

395 North Service Road, Suite 401
Melville, New York 11747
Tel: 631 454-8059 • Fax: 631 454-8169

February 5, 2010

Bruce Weiner
Rosenberg, Musso & Weiner, LLP
26 Court Street Suite 2211
Brooklyn, New York 11242

Re: In Re Stephen Baldwin
    Case No. 09-23296

Dear Mr. Weiner:

Please be advised that our client requires an interior BPO of the property. Our client has attempted to contact you in order to set up a mutually convenient time for same and has not heard back from you. Please contact Staci Henderson at (972) 643-6618 or Mireya Carbajo at (713) 218-4892.

Please do not hesitate to contact me with any questions.

Very truly yours,

By: _____
Ronni J. Ginsberg, Esq.